**ORIGINAL**

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
2014 DEC 12 AM 9:29
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor<br><br>Plaintiff,<br><br>v.<br><br>DALLAS-FORT WORTH DOMICILE, ALLIED PILOTS ASSOCIATION,<br><br>and<br><br>ALLIED PILOTS ASSOCIATION, NATIONAL HEADQUARTERS,<br><br>Defendants. | Civil Action No. _____<br><br>4-14-cv-997-O |

## CERTIFICATE OF INTERESTED PERSONS

This is to certify that, other than the parties listed above in the caption, the undersigned attorney for Plaintiff is currently unaware of any person, organization, or legal entity with a financial interest in the outcome of this case.

Dated: December 12, 2014

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8626
Facsimile: 214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Plaintiff