AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| Thomas E. Perez, Secretary of Labor, United States Department of Labor | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Dallas Fort-Worth Domicile, Allied Pilots Association Allied Pilots Association, National Headquarters | ) ) | 4-14 CV - 997 - O |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALLIED PILOTS ASSOCIATION,
NATIONAL HEADQUARTERS,
14600 Trinity Boulevard, Suite 500
Fort Worth, Texas 76155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/12/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| Thomas E. Perez, Secretary of Labor, United States Department of Labor<br>*Plaintiff*<br>v.<br>Dallas Fort-Worth Domicile, Allied Pilots Association Allied Pilots Association, National Headquarters<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.<br>)<br>)  4-14 CV-997-O<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DALLAS-FORT WORTH DOMICILE,
ALLIED PILOTS ASSOCIATION,
14600 Trinity Boulevard, Suite 500
Fort Worth, Texas 76155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian W. Stoltz
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/12/2014

_____
*Signature of Clerk or Deputy Clerk*