IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THOMAS E. PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>DALLAS-FORT WORTH DOMICILE,<br>ALLIED PILOTS ASSOCIATION and<br>ALLIED PILOTS ASSOCIATION,<br>NATIONAL HEADQUARTERS,<br><br>    Defendants. | § § § § § § § § § § § § § §     Civil Action No. 4:14-cv-997-O |

## ORDER

Before the Court is the parties' Agreed Joint Motion to Enlarge Defendants' Deadline to Answer or Otherwise Respond to Complaint (ECF No. 6), filed February 4, 2015. The parties have requested an additional thirty days for Defendants to respond so that they may pursue a resolution outside of court. The Court finds that the motion is well-taken and should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Defendants' deadline to respond to Plaintiff's Complaint is set to be on or before **March 16, 2015.**

**SO ORDERED** on this **5th day** of **February, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE