UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:14-CV-00997-O |
| v. | ) ) ) | Judge Reed C. O'Connor |
| DALLAS-FORT WORTH DOMICILE, ALLIED PILOTS ASSOCIATION, *et al.*, | ) ) ) ) | Jury Trial Requested on All Issues So Triable |
| Defendants. | ) ) | |

## CERTIFICATE OF INTERESTED PERSONS OF DEFENDANTS ALLIED PILOTS ASSOCIATION AND THE DALLAS-FORT WORTH DOMICILE

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2, Defendants Allied Pilots Association ("APA") and the Dallas-Fort Worth Domicile ("DFW Domicile") provide the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

　　Not Applicable

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

　　1.　Plaintiff Thomas E. Perez, Secretary of Labor

　　2.　Defendant Allied Pilots Association

　　3.　Defendant Dallas-Fort Worth Domicile, Allied Pilots Association

　　4.　Airline pilots employed by American Airlines, Inc., including those who are members of and represented by the Allied Pilots Association

1

5. Tom Westbrook, the victorious candidate for Chair of the DFW Domicile in the election at issue

6. Josey Wales, the victorious candidate for Vice Chair of the DFW Domicile in the election at issue

7. All labor organizations that use electronic or telephone voting in union elections and the employees represented by those organizations

8. BallotPoint Election Services, owned by CCComplete of Portland, Oregon

9. Allied Media of Fenton, Michigan

10. All other contractors and vendors who provide electronic voting services to labor organizations that use electronic or telephone voting in union elections

11. Baab & Denison, LLP

Respectfully submitted,

　　s/Sanford R. Denison
SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Avenue, Suite 550
Dallas, Texas 75214
Telephone: (214) 637-0750
Facsimile: (214) 637-0730
Email: denison@baabdenison.com

Counsel for Defendants Allied Pilots Association
and the Dallas-Fort Worth Domicile

Dated:　　　March 16, 2015

3

**CERTIFICATE OF SERVICE**

On March 16, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

                                     s/Sanford R. Denison
                                     SANFORD R. DENISON