IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DALLAS-FORT WORTH DOMICILE, § <br> ALLIED PILOTS ASSOCIATION, § <br> and ALLIED PILOTS ASSOCIATION, § <br> NATIONAL HEADQUARTERS, § <br> § <br> Defendants. § | Civil Action No. 4:14-CV-997-O |

**ORDER REQUIRING EXPEDITED BRIEFING**

Before the Court is Defendant's Opposed Motion for Substitution of Counsel (ECF No. 21) and Defendant's Objection to Agreed Motion for Entry of Consent Decree (ECF No. 22), both filed November 4, 2015. Previously, the parties filed an Agreed Motion for Entry of Consent Decree (ECF No. 20) on November 3, 2015. According to the Certificate of Conference, Defendants were unopposed to the Motion for Entry of Consent Decree, but in the instant pleading Defendants now move to substitute their attorney and object to the Motion for Entry of Consent Decree.

The Court finds that expedited briefing is necessary to resolve this motion in a timely fashion. *See* L.R. 7.1. Accordingly, it is **ORDERED** that Defendants' response to this motion is due on or before **November 10, 2015.** It is further **ORDERED** that Plaintiff's reply is due on or before **November 13, 2015**.

**SO ORDERED** on this **5th day** of **November, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE