# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, | ) ) ) ) |
| Plaintiff, | ) )   Case No. 4:14-CV-00997-O |
| v. | ) )   Judge Reed C. O'Connor |
| DALLAS-FORT WORTH DOMICILE, ALLIED PILOTS ASSOCIATION, *et al.*, | ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT ALLIED PILOTS ASSOCIATION'S RESPONSE IN OPPOSITION TO THE OPPOSED MOTION FOR SUBSTITUTION OF COUNSEL AND OBJECTION TO AGREED MOTION FOR ENTRY OF CONSENT DECREE**

Pursuant to this Court's November 5, 2015, Scheduling Order (Dkt. No. 23), Defendant Allied Pilots Association ("APA") respectfully submits its Response in Opposition to Defendant Dallas-Fort Worth Domicile, APA's ("DFW Domicile") Opposed Motion for Substitution of Counsel (Dkt. No. 21) ("Motion") and Objection to Agreed Motion for Entry of Consent Decree (Dkt. No. 22) ("Objection").

The grounds for the APA's opposition, as more fully set forth in the accompanying memorandum of law, are as follows:

1. As a subordinate unit of the APA, the DFW Domicile is bound by the terms of the APA Constitution and Bylaws ("C&B"), a binding contract between labor organizations.

2. The C&B invests in the APA plenary authority to conduct Domicile elections and to resolve protests over those elections and no authority over such matters to the Domiciles.

3.  The C&B also invests in the APA President plenary authority to enter into contracts with third parties on behalf of the APA and its Domiciles and neither the Domiciles nor their elected representatives have any authority over such matters.

4.  Given the above, as a matter of law, the DFW Domicile lacks a legal interest in or standing to object to or challenge the Stipulation of Settlement entered into by the APA and Plaintiff Secretary of Labor, U.S. Department of Labor ("DOL") to resolve a protest concerning the conduct of the 2014 DFW Domicile election.

For these reasons, the APA respectfully submits, the Court should deny the DFW Domicile's Motion and Objection and grant the pending Agreed Motion for Entry of Consent Decree jointly filed by the APA and the DOL.

Respectfully submitted,

s/ Sanford R. Denison
SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Avenue, Suite 550
Dallas, Texas 75214
Telephone: (214) 637-0750
Facsimile: (214) 637-0730
Email: denison@baabdenison.com

Counsel for Defendants Allied Pilots Association and the Dallas-Fort Worth Domicile

Dated: November 10, 2015

**CERTIFICATE OF SERVICE**

On November 10, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that a copy of the foregoing was served electronically to the Plaintiff's counsel at the address shown below:

    Brian W. Stoltz
    Assistant United States Attorney
    Texas Bar No. 24060668
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone: 214-659-8626
    Facsimile:  214-659-8807
    brian.stoltz@usdoj.gov

    Attorney for Plaintiff

In addition, I certify that a copy of the foregoing was served electronically and via first-class mail on the following:

    Mark D. Winnubst
    Texas Bar No. 21781200
    Latrice E. Andrews
    Texas Bar No. 24063984
    Sheils Winnubst PC
    1701 N. Collins Blvd., Suite 1100
    Richardson, Texas 75080
    Telephone: 972-644-8181
    Facsimile: 972-644-8180
    mark@sheilswinnubst.com
    latrice@sheilswinnubst.com

                                            s/ Sanford R. Denison
                                            SANFORD R. DENISON