IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| THOMAS E. PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:14-cv-997-O |
| DALLAS-FORT WORTH DOMICILE, | § | |
| ALLIED PILOTS ASSOCIATION and | § | |
| ALLIED PILOTS ASSOCIATION, | § | |
| NATIONAL HEADQUARTERS, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant's Motion to Substitute Counsel (ECF No. 21), filed November 4, 2015. Having considered the motion, the Court concludes that Plaintiff's motion should be and is hereby **GRANTED**. *See* L.R. 83.12. Accordingly, it is **ORDERED** that Mark D. Winnubst shall be substituted as counsel of record for Defendant Dallas-Fort Worth Domicile, Allied Pilots Association.

It is **FURTHER ORDERED** that Defendant Dallas-Fort Worth Domicile, Allied Pilots Association's counsel should file a brief with the Court, supported by appropriate authorities, setting forth the its arguments and standing to object to the Agreed Consent Decree. Defendant Dallas-Fort Worth Domicile, Allied Pilots Association's brief is due **on or before December 16, 2015.**

**SO ORDERED** on this **25th day** of **November, 2015**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1