IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor<br><br>    Plaintiff,<br><br>v.<br><br>DALLAS-FORT WORTH DOMICILE, ALLIED PILOTS ASSOCIATION, and ALLIED PILOTS ASSOCIATION, NATIONAL HEADQUARTERS,<br><br>    Defendants. | Civil Action No. 4:14-CV-997-O |

## AMENDED STIPULATION OF SETTLEMENT

The plaintiff, the Secretary of Labor (hereinafter referred to as the DOL), and the defendants, the Allied Pilots Association (hereinafter referred to as the APA) and its Dallas-Fort Worth Domicile (hereinafter referred to as the DFW APA), hereby stipulate and agree to a settlement of the above-captioned litigation on the terms set forth herein:

1.  In this action brought under Title IV of the Labor Management Reporting and Disclosure Act of 1959 (the LMRDA), the Secretary of Labor has requested a judgment voiding the April 2014 election of union officers conducted by the APA for the DFW APA union offices of Chairman and Vice Chairman and requested a new election under the supervision of the Secretary of Labor. The APA has denied that the Secretary is entitled to the relief requested or to any other relief. The parties recognize that further litigation and possible trial of this action would present significant risk, uncertainty, and further expense for the parties. Accordingly, the parties have negotiated this settlement as a mutual compromise and settlement of disputed claims

Amended Stipulation of Settlement – Page 1

Exhibit A

and defenses, in order to avoid unnecessary risks and expenses of litigation.

2. Any and all disputes concerning the subject April 2014 election are hereby deemed resolved. The results of that April 2014 election will remain in effect, and, in consideration of the terms set forth below, the parties to this Amended Stipulation of Settlement hereby waive and release any claims that were or could have been brought against each other in connection with the subject April 2014 election other than claims arising out of disputes over the terms of the instant Amended Stipulation of Settlement. In settlement of the action, APA and DFW APA will conduct its election (including any nomination rounds or run-offs) using mail ballots, as provided in 29 C.F.R. § 452.97, under the supervision of DOL, during the time for its next regularly scheduled election for the offices of Chairman and Vice Chairman of the DFW APA, the initial round of which will be completed no later than May 2016. The supervised 2016 election will be conducted in accordance with Title IV of the LMRDA and, insofar as lawful and practicable, in accordance with the APA Constitution and Bylaws:

3. The parties will jointly propose to the Court via an agreed motion that a consent decree be entered specifying that: (1) this action be administratively closed, but that the Court retain jurisdiction for the purpose of ensuring that the supervised 2016 election is conducted in accordance with the terms and conditions of the parties' Amended Stipulation of Settlement and with the LMRDA and, insofar as lawful and practicable, the APA Constitution and Bylaws and to resolve any disputes concerning the parties' Amended Stipulation of Settlement; (2) no further action will be taken regarding the disputed 2014 election; (3) any challenges or disputes concerning the conduct of the supervised 2016 election will be determined in the first instance by the DOL, subject to review by the Court at the request of the APA or DFW APA; (4) all decisions as to the interpretation or application of Title IV of the LMRDA, and the APA

Constitution and Bylaws relating to the supervised election will be determined by the DOL in the first instance, subject to review by the Court at the request of the APA or DFW APA; (5) after completion of the supervised election and resolution of any disputes or challenges, the DOL will certify to the Court the name of the persons so elected, and that the election was conducted in accordance with Title IV of the Act, and insofar as lawful and practicable, in accordance with the APA Constitution and Bylaws; and, (6) upon the Court's approval of the DOL's certification, the Court will enter a final judgment declaring that such persons have been elected as shown by the certificate to serve a full two-year term of office, and dismissing this action with prejudice, with each party to bear its own costs, fees (including attorney's fees), and expenses, as agreed between the parties and with the Secretary bearing no part of any other party's costs, fees (including attorney's fees), and expenses.

4. The persons signing this Amended Stipulation of Settlement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing.

5. This Amended Stipulation of Settlement replaces and supersedes the Stipulation of Settlement signed October 30, 2015 and submitted to the Court on November 3, 2015.

6. It is contemplated that this Amended Stipulation of Settlement may be executed in several counterparts. All such counterparts shall be deemed to be one document.


AGREED AND STIPULATED:

JOHN R. PARKER
United States Attorney

*/s/ Brian W. Stoltz*            12-15-2015
Brian W. Stoltz                Date
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214-659-8626
Facsimile:     214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Plaintiff


_____           _____
Stephen J. Willertz                 Date
Director, Office of Field Operations
Office of Labor Management Standards
U.S. Department of Labor

AGREED AND STIPULATED:

JOHN R. PARKER
United States Attorney

_____          _____
Brian W. Stoltz                                            Date
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214-659-8626
Facsimile:    214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Plaintiff


*Stephen J. Willertz* (signed)                12-16-2015
_____          _____
Stephen J. Willertz                                     Date
Director, Office of Field Operations
Office of Labor Management Standards
U.S. Department of Labor

**Amended Stipulation of Settlement – Page 4**

_____         12/15/15
SANFORD R. DENISON                       Date
Texas Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Avenue, Suite 550
Dallas, Texas 75214
Telephone: (214) 637-0750
Facsimile: (214) 637-0730
Email: denison@baabdenison.com

Attorneys for Allied Pilots Association


_____         _____
Captain Keith Wilson                     Date
President
Allied Pilots Association


_____         _____
Mark D. Winnubst                         Date
State Bar No. 21781200
SHEILS WINNUBST
A Professional Corporation
1100 Atrium II
1701 N. Collins Blvd.
Richardson, Texas 75080
Telephone:  (972) 644-8181
Telecopier:  (972) 644-8180
mark@sheilswinnubst.com

Attorneys for Dallas-Fort Worth Domicile,
Allied Pilots Association

Amended Stipulation of Settlement – Page 5

_____       _____
SANFORD R. DENISON                                    Date
Texas Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Avenue, Suite 550
Dallas, Texas 75214
Telephone: (214) 637-0750
Facsimile: (214) 637-0730
Email: denison@baabdenison.com

Attorneys for Allied Pilots Association

_____       _____16 DEC 15_____
Captain Keith Wilson                                  Date
President
Allied Pilots Association


_____       _____
Mark D. Winnubst                                      Date
State Bar No. 21781200
SHEILS WINNUBST
A Professional Corporation
1100 Atrium II
1701 N. Collins Blvd.
Richardson, Texas 75080
Telephone: (972) 644-8181
Telecopier: (972) 644-8180
mark@sheilswinnubst.com

Attorneys for Dallas-Fort Worth Domicile,
Allied Pilots Association

Amended Stipulation of Settlement – Page 5

_____          _____
SANFORD R. DENISON                                              Date
Texas Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Avenue, Suite 550
Dallas, Texas 75214
Telephone: (214) 637-0750
Facsimile: (214) 637-0730
Email: denison@baabdenison.com

Attorneys for Allied Pilots Association


_____          _____
Captain Keith Wilson                                            Date
President
Allied Pilots Association

*[signature]*
_____          12-16-15
Mark D. Winnubst                                                Date
State Bar No. 21781200
SHEILS WINNUBST
A Professional Corporation
1100 Atrium II
1701 N. Collins Blvd.
Richardson, Texas 75080
Telephone:  (972) 644-8181
Telecopier:  (972) 644-8180
mark@sheilswinnubst.com

Attorneys for Dallas-Fort Worth Domicile,
Allied Pilots Association

*[signature]*
_____          16 December 2015
Captain Thomas W. Westbrook                                     Date
Chairman, DFW Domicile
Allied Pilots Association

Amended Stipulation of Settlement – Page 5