IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>DALLAS-FORT WORTH DOMICILE, ALLIED PILOTS ASSOCIATION and ALLIED PILOTS ASSOCIATION, NATIONAL HEADQUARTERS,<br><br>    Defendants. | Civil Action No. 4:14-CV-997-O |

## CONSENT DECREE AND ORDER

The Court has before it the Amended Agreed Motion for Entry of Consent Decree (Doc. 30), filed by the parties on December 16, 2015, and also the Amended Stipulation of Settlement (Doc. 30, Ex. A) filed by the parties on that same date. In these filings, the parties—including with respect to the defendants both the Allied Pilots Association represented by its counsel and the Dallas-Fort Worth Domicile as represented by its newly substituted counsel—state that they have agreed to a settle their dispute concerning the Defendants' 2014 Dallas-Fort Worth Domicile union officer election by conducting a supervised Domicile election in early 2016, under the supervision of the Department of Labor ("DOL"). The Court hereby adopts the terms of the consent decree stipulated and agreed to by the parties, and ORDERS as follows:

(1) The clerk of court is directed to administratively close this action. The Court retains jurisdiction for the purpose of ensuring that the supervised 2016 election is conducted in accordance with the terms and conditions of the parties' Stipulation of Settlement and with the Labor-Management Reporting and Disclosure Act of 1959 (the "LMRDA") and, insofar as lawful and practicable, the Allied Pilots Association ("APA") Constitution and Bylaws, and to resolve any disputes concerning the parties' Stipulation of Settlement;

(2) No further action will be taken regarding the disputed 2014 election;

(3) Any challenges or disputes concerning the conduct of the supervised 2016 election will be determined in the first instance by the DOL, subject to review by the Court at the request of the APA or the Dallas-Fort Worth Domicile of the APA ("DFW APA");

(4) All decisions as to the interpretation or application of Title IV of the LMRDA, and the APA Constitution and Bylaws relating to the supervised election will be determined by the DOL in the first instance, subject to review by the Court at the request of the APA or the DFW APA;

(5) After completion of the supervised election and resolution of any disputes or challenges, the DOL will certify to the Court the names of the persons so elected, and that the election was conducted in accordance with Title IV of the Act, and insofar as lawful and practicable, in accordance with the APA Constitution and Bylaws; and

(6) Upon the Court's approval of the DOL's certification, the Court will enter a

final judgment declaring that such persons have been elected as shown by the certificate to serve a full two-year term of office, and dismissing this action with prejudice, with each party to bear its own costs, fees (including attorney's fees), and expenses, as agreed between the parties and with the Secretary of Labor bearing no part of any other party's costs, fees (including attorney's fees), and expenses.

**SO ORDERED** on this **17th** day of **December, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE