IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor<br><br>      Plaintiff,<br><br>v.<br><br>DALLAS-FORT WORTH DOMICILE, ALLIED PILOTS ASSOCIATION,<br><br>and<br><br>ALLIED PILOTS ASSOCIATION, NATIONAL HEADQUARTERS,<br><br>      Defendants. | Civil Action No. 4:14-CV-997-O |

**APPENDIX TO AGREED MOTION FOR ENTRY OF FINAL JUDGMENT**

Contents

Certification of Election ........................................................................................ App. 003

Respectfully submitted,

JOHN R. PARKER
United States Attorney

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8626
Facsimile:   214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Plaintiff

/s/ Mark D. Winnubst
Mark D. Winnubst
State Bar No. 21781200
SHEILS WINNUBST
A Professional Corporation
1100 Atrium II
1701 N. Collins Blvd.
Richardson, Texas 75080
Telephone:  (972) 644-8181
Telecopier:  (972) 644-8180
mark@sheilswinnubst.com

Attorneys for Dallas-Fort Worth Domicile,
Allied Pilots Association

/s/ Sanford R. Denison
SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Avenue, Suite 550
Dallas, Texas 75214
Telephone: (214) 637-0750
Facsimile: (214) 637-0730
Email: denison@baabdenison.com

Attorneys for Allied Pilots Association

## Certificate of Service

On April 29, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> DALLAS-FORT WORTH DOMICLE, ALLIED PILOTS ASSOCIATION, and ALLIED PILOTS ASSOCIATION, NATIONAL HEADQUARTERS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 4:14-CV-997-O |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Consent Decree and Order entered December 17, 2015, in the United States District Court for the Northern District of Texas, Fort Worth Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no protests having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

**IT IS HEREBY CERTIFIED** that the following named candidates have been duly elected to the offices designated:

DFW Chairman                                    CA Tom Westbrook

Certification of Election – Page 1

App. 003

DFW Vice Chairman                    FO J.M. (Josey) Wales

Signed this 26th day of April, 2016.

_____
Sharon Hanley, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor