IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| THOMAS E. PEREZ,<br><br>      Plaintiff,<br><br>v.<br><br>DALLAS-FORT WORTH DOMICILE,<br>ALLIED PILOTS ASSOCIATION,<br>and ALLIED PILOTS ASSOCIATION,<br>NATIONAL HEADQUARTERS,<br><br>      Defendants. | Civil Action No. 4:14-CV-997-O |

### ORDER

Before the Court is the parties' Agreed Motion for Entry of Final Judgment (ECF No. 32), filed April 29, 2016.  Pursuant to the Court's Consent Decree Order (ECF No. 31), the Court enters a Final Judgment specifying that :

(1) the persons certified by the Department of Labor as having been duly elected to their respective offices have been elected as such to serve until the next regularly scheduled election; and

(2) each party shall bear its own costs, fees (including attorney's fees), and expenses, except as otherwise agreed between the parties and with the Secretary of Labor in no event bearing any part of any other party's costs, fees (including attorney's fees), and expenses.

It is therefore **ORDERED, ADJUDGED, and DECREED** that all claims asserted in the above-entitled action are **DISMISSED with prejudice.**

**SO ORDERED** on this **2nd day** of **May, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE